# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. S., et al., | Case No. 1:14-cv-00399-AWI-SAB |
| Plaintiffs, | ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| AQUA EMPS BOOSTER CLUB, et al., | ECF NO. 2 |
| Defendants. | |

The Court has considered the petition of Heidi G. Shamp for appointment as Guardian Ad Litem for her three minor children, H.S., A.S. and K.S., who are plaintiffs in this action. Good cause appearing,

IT IS SO ORDERED, that Heidi G. Shamp is appointed as Guardian Ad Litem for H.S., A.S. and K.S., her minor children.

IT IS SO ORDERED.

Dated: **March 24, 2014**

UNITED STATES MAGISTRATE JUDGE

1