McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Daniel L. Wainwright, #193486
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for DINUBA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| H.S., a legal minor, A.S., a legal minor, and K.S., a legal minor, by and through their Guardian ad Litem, HEIDI G. SHAMP; HEIDI G. SHAMP, individually, | Case No. 1:14-CV-00399-AWI-SAB |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT, DINUBA UNIFIED SCHOOL DISTRICT, TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California coporation; JAMES LAMB, aka JIM LAMB, individually, and his capacity as President of the DINUBA AQUA EMPS; ERIKA HUNTER, aka ERICA HUNTER, individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS; DINUBA UNIFIED SCHOOL DISTRICT; , | Complaint Filed:   March 20, 2014 |
| Defendants. | |

**STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Defendant, DINUBA UNIFIED SCHOOL DISTRICT ("DUSD"), by and through their respective counsel, that defendant, DUSD, shall be granted an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint in the matter of SHAMP et al v. AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California coporation; et al,.

The parties hereby stipulate and agree that Defendant, DUSD, shall answer or otherwise respond to Plaintiffs' March 20, 2014 Complaint pursuant to the terms of this Stipulation on or before **Monday, May 5, 2014**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation. This Stipulation contains the entire agreement among the signing parties.

The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: April 10, 2014                McCORMICK, BARSTOW, SHEPPARD
                                      WAYTE & CARRUTH LLP


                                      By:       /s/Daniel L. Wainwright
                                            Daniel L. Wainwright
                                            Attorneys for Defendant
                                      DINUBA UNIFIED SCHOOL DISTRICT


Dated: April 10, 2014                 H&K, INC., Attorneys at Law


                                      By:       /s/David M. Hogue
                                              David M. Hogue
                                            Attorneys for Plaintiffs
                                      H.S., a legal minor, A.S., a legal minor,
                                      and K.S., a legal minor, by and through
                                        their Guardian ad Litem, HEIDI G.
                                      SHAMP; HEIDI G. SHAMP, individually

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of counsel for the parties and FOR GOOD CAUSE showing, the Court ORDERS that Defendant, DINUBA UNIFIED SCHOOL DISTRICT, shall have until **Monday, May 5, 2014** to either answer or otherwise respond to Plaintiffs' March 20, 2014 Complaint for Damages.

IT IS SO ORDERED.

Dated: __April 10, 2014__

_____
UNITED STATES MAGISTRATE JUDGE