| | |
|---|---|
| 1 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| 2 | Anthony N. DeMaria, #177894 |
| 3 | 7647 North Fresno Street<br>Fresno, California 93720 |
| | Telephone:   (559) 433-1300 |
| 4 | Facsimile:   (559) 433-2300 |
| 5 | Attorneys for Defendants AQUA EMPS BOOSTER CLUB, JAMES LAMB, ERICA |
| 6 | HUNTER, and LIZZ MARROQUIN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| H.S., a legal minor, A. S., a legal minor, and K.S., a legal minor, by and through their Guardian ad Litem, HEIDI G. SHAMP; HEIDI G. SHAMP, individually,<br><br>Plaintiff,<br><br>v.<br><br>AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS; DINUBA UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 1:14-CV-00399-AWI-SAB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually, and in her capacity as Vice President of the DINUBA AQUA EMPS; and LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS** |

## STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Defendants, AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS ("Defendants"), by and through their respective counsel, that Defendants, shall be granted an extension of time in which to respond to Plaintiffs' Complaint in the matter of SHAMP et al v. AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; et al,.

The parties hereby stipulate and agree that Defendants shall respond to Plaintiffs' March 20, 2014 Complaint pursuant to the terms of this Stipulation on or before **Tuesday, June 3, 2014**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation. This Stipulation contains the entire agreement among the signing parties.

The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

| | |
|---|---|
| Dated: April 21, 2014 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | By: /s/ Anthony N. DeMaria |
| | Anthony N. DeMaria |
| | Attorneys for Defendants |
| | AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS |
| Dated: April 22, 2014 | H&K, INC., Attorneys at Law |
| | By: /s/ David M. Hogue |
| | David M. Hogue |
| | Attorneys for Plaintiffs |
| | H.S., a legal minor, A.S., a legal minor, and K.S., a legal minor, by and through their Guardian ad Litem, HEIDI G. SHAMP; HEIDI G. SHAMP, individually |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

## ORDER OF THE COURT REGARDING STIPULATION

Pursuant to the Stipulation and Agreement of counsel for the parties and FOR GOOD CAUSE showing, the Court ORDERS that Defendants, AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS, shall have until **Tuesday, June 3, 2014** to respond to Plaintiffs' March 20, 2014 Complaint for Damages.

IT IS SO ORDERED.

Dated: __**April 22, 2014**__

_____
UNITED STATES MAGISTRATE JUDGE