McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants AQUA EMPS BOOSTER CLUB, JAMES LAMB, ERICA HUNTER, LIZZ MARROQUIN, and DINUBA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| H.S., a legal minor, A. S., a legal minor, and K.S., a legal minor, by and through their Guardian ad Litem, HEIDI G. SHAMP; HEIDI G. SHAMP, individually,<br><br>Plaintiff,<br><br>v.<br><br>AQUA EMPS BOOSTER CLUB, aka DINUBA AQUA EMPS, a nonprofit California corporation; JAMES LAMB, aka JIM LAMB, individually, and in his capacity as President of the DINUBA AQUA EMPS; ERICA HUNTER, erroneously sued as "ERIKA HUNTER," individually and in her capacity as Vice President of the DINUBA AQUA EMPS; LIZZ MARROQUIN, individually, and in her capacity as Secretary of the DINUBA AQUA EMPS; DINUBA UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 1:14-CV-00399-AWI-SAB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT DINUBA UNIFIED SCHOOL DISTRICT** |

## **STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Defendant, DINUBA UNIFIED SCHOOL DISTRICT by and through their respective counsel, that DINUBA UNIFIED SCHOOL DISTRICT shall be granted an extension of time in which to respond to Plaintiffs' Complaint in the matter of <u>SHAMP et al v. AQUA EMPS BOOSTER CLUB, aka</u>

1 | DINUBA AQUA EMPS, a nonprofit California corporation; et al,.

2 | The parties hereby stipulate and agree that DINUBA UNIFIED SCHOOL DISTRICT shall respond to Plaintiffs' March 20, 2014 Complaint pursuant to the terms of this Stipulation on or before **Tuesday, June 3, 2014**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation. This Stipulation contains the entire agreement among the signing parties.

The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: April 30, 2014                                 McCORMICK, BARSTOW, SHEPPARD
                                                                        WAYTE & CARRUTH LLP


                                                                        By:        /s/ Anthony N. DeMaria
                                                                              Anthony N. DeMaria
                                                                              Attorneys for Defendants
                                                                              AQUA EMPS BOOSTER CLUB, aka
                                                                              DINUBA AQUA EMPS, a nonprofit
                                                                              California corporation; JAMES LAMB,
                                                                              aka JIM LAMB, individually, and in his
                                                                              capacity as President of the DINUBA
                                                                              AQUA EMPS; ERICA HUNTER,
                                                                              erroneously sued as "ERIKA HUNTER,"
                                                                              individually and in her capacity as Vice
                                                                              President of the DINUBA AQUA EMPS;
                                                                              LIZZ MARROQUIN, individually, and in
                                                                              her capacity as Secretary of the DINUBA
                                                                              AQUA EMPS; AND DINUBA UNIFIED
                                                                              SCHOOL DISTRICT

Dated: April 30, 2014                                 H&K, INC., Attorneys at Law


                                                                        By:        /s/ David M. Hogue
                                                                              David M. Hogue
                                                                              Attorneys for Plaintiffs
                                                                              H.S., a legal minor, A.S., a legal minor,
                                                                              and K.S., a legal minor, by and through
                                                                              their Guardian ad Litem, HEIDI G.
                                                                              SHAMP; HEIDI G. SHAMP, individually

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of counsel for the parties and FOR GOOD CAUSE showing, the Court ORDERS that Defendant DINUBA UNIFIED SCHOOL DISTRICT shall have until **Tuesday, June 3, 2014** to respond to Plaintiffs' March 20, 2014 Complaint for Damages.

IT IS SO ORDERED.

Dated:   **May 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3