UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **H.S. a legal Minor, by and through their guardian ad litem; A.S. a legal Minor, by and through their guardian ad litem; K.S., by and through their guardian ad litem; HEIDI G. SHAMP, individually,**<br><br>**Plaintiffs**<br><br>v.<br><br>**AQUA EMPS BOOSTER CLUB, et al.,**<br><br>**Defendants** | CASE NO. 1:14-CV-0399 AWI SAB<br><br>ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

Plaintiff has filed a complaint alleging civil rights violations. Defendants have filed a motion to dismiss. The Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

Accordingly, it is HEREBY ORDERED that the pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  June 4, 2014                                    _____
                                                                                SENIOR DISTRICT JUDGE