# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.S., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AQUA EMPS BOOSTER CLUB, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00399-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 17, 18, 19, 22, 23, 25) |

　　　　Plaintiffs filed the complaint in this action on March 20, 2014.  (ECF No. 1.)  Defendants filed a motion to dismiss on June 3, 2014 which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF Nos. 17-19, 20.)

　　　　On July 9, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  More than fourteen days have passed and no objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed July 9, 2014, is adopted in full;

1

    2.       Defendants' motion to dismiss is GRANTED;

    3.       Plaintiffs' complaint, filed March 20, 2014 is dismissed for failure to state a claim;

    4.       Within fourteen days from the date of service of this order, Plaintiffs shall file an amended complaint to cure the deficiencies identified in the findings and recommendations; and

    5.       If Plaintiffs fail to file an amended complaint in compliance with this order, this action shall be dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:  September 4, 2014  

                                    SENIOR DISTRICT JUDGE